■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LIGHTSEY, Appellant. [893 NYS2d 799]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed October 16, 2008, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Florio, Dickerson, Hall and Sgroi, JJ., concur.